IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMEISHA ANDREWS and J.A.,  )
by natural guardian         )
Jameisha Andrews,           )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )         2:13cv136-MHT
                            )             (WO)
JOHN WILLIAMS, in his       )
individual capacity, and    )
JEROME McQUEEN, in his      )
individual capacity,        )
                            )
    Defendants.             )
```

### JUDGMENT

By agreement of the parties made on the record on March 4, 2014, it is ORDERED that plaintiff J.A. and the claims brought by J.A. are dismissed.  Plaintiff J.A. is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 10th day of March, 2013.


                     /s/ Myron H. Thompson
                   **UNITED STATES DISTRICT JUDGE**