IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMEISHA ANDREWS,              )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:13cv136-MHT
                               )         (WO)
JOHN WILLIAMS, in his          )
individual capacity, and       )
JEROME McQUEEN, in his         )
individual capacity,           )
                               )
     Defendants.               )
```

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants John Williams and Jerome McQueen's motion for summary judgment (doc. no. 44) is granted.

(2) Judgment is entered in favor of defendants Williams and McQueen and against plaintiff Jameisha Andrews, with plaintiff Andrews taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Andrews, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of September, 2015.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**